UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Gold Metal Produce, Inc., *et al.*,

    Plaintiffs,

—v—

KNJ Trading Inc., *et al.*,

    Defendants.

19-cv-3023 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On July 15, 2019, Plaintiffs filed a motion for default judgment. *See* Dkt. No. 23. Some of the exhibits attached to the Affidavit of Leonard Kreinces are unrelated to this case. *See* Dkt. No. 24. By March 2, 2020, Plaintiffs shall file a new affidavit with the correct exhibits attached.

SO ORDERED.

Dated: February 26, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge