

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/22/20

**Leonard Kreinces**

**Howard S. Rosenberg**
Admitted to Practice NY & CT

**Donna Murphy**
Paralegal

900 Merchants Concourse
Suite 305
Westbury, New York 11590
Tel (516) 227-6500
Fax (516) 227-6594
www.kresq.com

SO ORDERED   6/22/20

*/s/ Alison J. Nathan*

Alison J. Nathan, U.S.D.J.

June 17, 2020

**VIA ECF**

U.S. District Judge Allison J. Nathan
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, New York  10007

       Re:    Gold Medal, et al. v. KNJ Trading Inc.
             Case No.:  19-cv-3023-AJN

Dear Judge Nathan:

    We are the attorneys for the plaintiffs in the above-named matter.

    We write to Your Honor with respect to the Court's Opinion and Order of May 27, 2020 which granted judgment to the plaintiffs', however, with respect to plaintiffs', Gold Medal and Best Tropical, provided that they had 14 days in which to provide additional information with regard to their claims in order to grant an award as to those plaintiffs.

    SO ORDERED ~~Our office has been closed due~~ to the Covid pandemic. We just opened this week on a ~~limited basis, therefore we were not able~~ to meet the Court's deadline.  We respectfully request that same be extended to and including July 10, 2020. We shall make our submission as soon as ~~possible~~.

    The courtesy and cooperation of Chambers is appreciated.

Respectfully yours,

*/s/ Howard Rosenberg*

HOWARD ROSENBERG

HR/dm
Z:\kreinces1\WORK\HUNTSPOINT\gold medal\v. KNJ Trading\nathan.ltr.06.17.20.wpd