UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Gold Medal Produce, Inc., et al.,

        Plaintiffs,

    –v–

KNJ Trading Inc., et al.,

        Defendants.

19-cv-3023 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    In its October 5, 2021 Order, the Court permitted Plaintiffs' counsel the opportunity to file a letter clarifying the request for damages by October 20, 2021. Dkt. No. 37. The Court is not in receipt of the letter. Accordingly, the Clerk of Court is respectfully directed to enter judgment in the amount of $94,733.10 in accordance with this Court's Orders dated May 25, 2020 and October 5, 2021, *see* Dkt. Nos. 31, 37, and close the case.

    The Clerk of Court is respectfully directed to mail a copy of this Order to the individual *pro se* Defendant Byung Soo Kang and to note that mailing on the docket.

    SO ORDERED.

Dated: October 25, 2021
       New York, New York

ALISON J. NATHAN
United States District Judge