**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
Gold Medal Produce, Inc., et al.,

                          Plaintiffs,                    19 **CIVIL** 3023 (AJN)

          -against-                         **JUDGMENT**

KNJ Trading Inc., et al.,

                          Defendants.
-----------------------------------------------------------X

      Whereas on May 27, 2020, the Court having issued an Opinion and Order granting Plaintiffs' motion for default judgment in part, entering judgment as to Defendants' liability, and reserving judgment as to damages, and giving Plaintiffs 14 days from the date of this Opinion and Order to submit additional evidence supporting the damages they seek with respect to Plaintiffs Gold Medal Produce and Best Tropical Island;

      Whereas on October 5, 2021, the Court having issued an Order granting Plaintiffs' motion for default judgment, calculating damages, and reserving the entry of judgment to allow Plaintiffs' counsel an opportunity to provide explanation for its damages request;

      Whereas the Court is not in receipt of the letter;

      It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Order dated October 25, 2021, judgment is entered in the amount of $94,733.10 in accordance with this Court's Orders dated May 25, 2020 and October 5, 2021; accordingly, the case is closed.

**Dated:** New York, New York
         October 28, 2021

                                          **RUBY J. KRAJICK**

                                          **Clerk of Court**

**BY:** _____

                                          **Deputy Clerk**